IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60078
Conference Calendar

_____

ARIF ALI DURRANI,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A21-763-558
- - - - - - - - - -
October 23, 1997

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Arif Ali Durrani asserts that the Board of Immigration Appeals (BIA) abused its discretion in denying his petition to reopen deportation proceedings to apply for asylum. Durrani asserts that new evidence that he assisted the Federal Bureau of Investigation (FBI) in an investigation of a crime perpetrated by a Pakistani national shows that he will be singled out for persecution if he is returned to Pakistan.

The BIA's decision to reopen deportation proceedings is

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

discretionary, and we review the BIA's denial of a motion to reopen only for abuse of discretion.  <u>Bahramnia v. INS</u>, 782 F.2d 1243, 1245 (5th Cir. 1986).

After reviewing the record before us, we conclude that the BIA did not abuse its discretion.  The petition for review is DENIED.